UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:07-CR-125-H
CIVIL ACTION NO. 3:12-CV-186-H

MICHA DION GASAWAY                                                    PETITIONER

v.

UNITED STATES OF AMERICA                                          RESPONDENT

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Petitioner's complaint to vacate, set aside and correct

his guilty plea and sentence pursuant to 28 U.S.C. § 2255.  The Magistrate Judge has entered

Findings of Fact, Conclusions of Law and Recommendation that the motion to vacate filed by

Petitioner be dismissed with prejudice given his voluntary, knowing and intelligent waiver of his

statutory right to file a motion to vacate pursuant to 28 U.S.C. § 2255.  The Magistrate Judge

further recommended that this certificate of appealability pursuant to 28 U.S.C. § 2253 be

denied, as reasonable jurors could not disagree that he had failed to establish the denial of a

federal constitutional right.  Petitioner has not filed any objections to the Magistrate Judge's

report.  The Court has reviewed the report and agrees with it.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Findings of Fact, Conclusions of Law and

Recommendation of the Magistrate Judge is AFFIRMED, the petition pursuant to 28 U.S.C. §

2255 is DENIED and Petitioner's complaint is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that a certificate of appealability pursuant to 28 U.S.C. §

2253 is DENIED.

This is a final order.

cc:    Counsel of Record & Pro-Se Plaintiff
       Magistrate Judge Dave Whalin